

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00417-CR

ADAM LEE ELMORE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY
### TRIAL COURT NO. 1332117

----------

## MEMORANDUM OPINION[1]

----------

A jury convicted appellant Adam Lee Elmore of assault.[2] The trial court set his punishment at 365 days' confinement, suspended imposition of that sentence, and placed him on community supervision. The trial court signed a

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. Penal Code Ann. § 22.01(a)(1) (West Supp. 2014).

certification stating that appellant had waived his right to appeal on the record. Appellant and his trial counsel also signed the certification.

We sent a letter to appellant, through counsel, informing him of the contents of the certification and stating that we could dismiss the appeal unless by October 23, 2014, he filed a response showing grounds for continuing it. Appellant has not responded. Thus, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f), 44.3; *see also Hampton v. State*, No. 02-14-00301-CR, 2014 WL 4364054, at *1 (Tex. App.—Fort Worth Sept. 4, 2014, no pet.) (mem. op., not designated for publication).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 4, 2014